Donald E. MONTGOMERY, Appellant,

v.

AMERICAN HOIST & DERRICK COM-
PANY, a Delaware Corporation,
Respondent.

No. C5–83–1904.

Court of Appeals of Minnesota.

Jan. 25, 1984.

Dale C. Nathan, Eagan, for appellant.

Mark A. Gwin, Minneapolis, for respon-
dent.

Considered and decided by POPOVICH,
C.J., and PARKER and WOZNIAK, JJ.

## MEMORANDUM OPINION AND ORDER

This is a motion by appellant requesting
clarification of the briefing schedule and an
extension of time. Appellant appealed
from a non-appealable order, then amended

it, and is uncertain when his briefs should
be filed.

We deny the motion requesting extension
of time and dismiss the appeal.

### Facts

An order for summary judgment, dated
October 21, 1983, was issued by the trial
court. Appellant appealed from the order.
The summary judgment was thereafter en-
tered on November 15, 1983. Appellant
then filed an amended notice of appeal and
amended statement of the case. The par-
ties indicated no transcript would be re-
quired. On January 3, 1984, the appellant
filed a motion requesting clarification as to
the briefing schedule.

### Issue

Is appellant's brief due within 30 days
from the date of the filing of the original
notice of appeal on November 23, 1983, or
30 days from the date of filing of the
amended notice of appeal on December 20,
1983?

### Analysis

1. Appealing from an order for summa-
ry judgment is non-appealable under Minn.
R.Civ.App.P. 103.03.

2. The Rules of Civil Appellate Practice
do not provide for the conversion of an
appeal from a non-appealable order into an
appeal from a judgment by simply filing an
amended notice of appeal and amended
statement of the case.

3. Appellant can properly appeal from
the actual judgment entered November 15,
1983, by properly filing another appeal pur-
suant to Minn.R.Civ.App.P. 103.01.

4. Since no transcript is required, the
briefing period is guided by Minn.R.Civ.
App.P. 131.01, which states:

The appellant shall serve and file his
brief and appendix within 30 days after
delivery of the transcript by the reporter
or after the filing of the trial court's
approval of the statement pursuant to
Rules 110.03 and 110.04. If the tran-
script is obtained prior to appeal or if the
record on appeal does not include a tran-
script, then the appellant shall serve and

file his brief and appendix with the clerk of the appellate courts within 30 days after the filing of the notice of appeal or order granting review. The respondent shall serve and file his brief and appendix, if any, within 30 days after service of the brief of the appellant. The appellant may serve and file a reply brief within 10 days after service of the respondent's brief. If a party prepares a supplemental record, the supplemental record shall be served and filed with his first brief.

5. Appellant is uncertain whether his brief is due within 30 days from the filing of the original notice of appeal or 30 days from the filing of the amended notice of appeal. Appellant has attempted to convert a defective notice of appeal by amending it. He should in fact commence a new appeal from the actual judgment, as provided by the Rules. The judgment was entered November 15, 1983. Appellant has 90 days from that date to perfect a proper appeal. He should start over again.

### Decision

The request for extension of time to file a brief is denied. The matter is dismissed because the original appeal was from a non-appealable order.

Dismissed.